UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | ( ) |
| TELEPHONE (✓) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL     ( ) | DISCOVERY | (✓) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Tuesday, January 29, 2008 @ 3:00 p.m.

CASE NUMBER: 3:CV-06-1134

CAPTION:   King v. Purvis, et al.

COUNSEL FOR PLAINTIFF:            Edwin Abrahamsen, Esquire

COUNSEL FOR DEFENDANT:            Gary Stewart, Esquire

**CONFERENCE RESULTS:**

♦   Defendant to give plaintiff driver file and history;

♦   If after exam on review of what punitives would require against employer, i.e., 904 F.2d 178, 182, we can go to next stage to resolve what, if anything else, needs to be produced.