UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | ( ) |
|---|---|---|
| TELEPHONE ( ) | PRETRIAL CONFERENCE | (✘) |
| ACTUAL (✘) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Wednesday, March 5, 2008 @ 10:30 a.m.

CASE NUMBER: 3:CV-06-1134

CAPTION:   King v. Purvis, et al.

COUNSEL FOR PLAINTIFF:           Edwin Abrahamsen, Esquire

COUNSEL FOR DEFENDANT:           Gary Stewart, Esquire

═══════════════════════════════════════════════════════════

CONFERENCE RESULTS:

♦   Counsel to call in one week to discuss a trial date – our proposed dates will not work for counsel.